VAN–077 Order Continuing 341 Meeting of Creditors – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Erica Tyler Rowe
*( debtor has no known aliases )*
117 Hamby Ct
Garner, NC 27529

CASE NO.: 13–01723–8–SWH

DATE FILED: March 19, 2013

CHAPTER: 7

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Erica Tyler Rowe is continued.

DATE:     Friday, May 24, 2013
TIME:     09:30 AM
PLACE:    300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: April 22, 2013

                                                Stephani W. Humrickhouse
                                                United States Bankruptcy Judge